Certificate Number: 03088-PAE-DE-031653941

Bankruptcy Case Number: 18-15488



03088-PAE-DE-031653941

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 21, 2018, at 4:39 o'clock PM CDT, Sharon L Fahy completed a course on personal financial management given by internet and telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 21, 2018              By:    /s/Doug Tonne

                                        Name:  Doug Tonne

                                        Title: Counselor