**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                           : Chapter 13
    Fahy, Sharon L.
        Debtor
                                        :              18-15488

## CERTIFICATE OF SERVICE

    I certify that copies of the **Debtor's Objection to Proof of Claim, proposed Order, Notice of hearing,** were served upon the trustee and the claimant listed below, by mailing such copies by first class, regular U.S. mail, postage prepaid or by electronic means on <u>April 16, 2019</u>.

                                      "/s/" Mitchell J. Prince
                                      John L. McClain, Esquire
                                      Mitchell J. Prince, Esquire
                                      Attorneys for debtor

JOHN L. MCCLAIN & ASSOCIATES
ATTORNEYS AT LAW
PO Box 123
Narberth, PA 19072

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701
(Per Proof of Claim filed)