**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                : Chapter 13
    Fahy, Sharon L.
        Debtor            :        18-15488

## CERTIFICATE OF SERVICE

    I certify that copies of the **Debtor's Objection to Proof of Claim, proposed Order, Notice of hearing,** were served upon the trustee and the claimant listed below, by mailing such copies by first class, regular U.S. mail, postage prepaid or by electronic means on  April 16, 2019.

        "/s/" Mitchell J. Prince
        John L. McClain, Esquire
        Mitchell J. Prince, Esquire
        Attorneys for debtor

JOHN L. MCCLAIN & ASSOCIATES
ATTORNEYS AT LAW
PO Box 123
Narberth, PA 19072

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

CACH, LLC its successors and assigns as assignee of Citibank (South Dakota), N.A.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587
ATTN: Susan Gaines
(Per Proof of Claim filed)