# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Sharon L Fahy<br>　　　　　　　　Debtor(s)<br><br>Citizens Bank, N.A., its successors and/or assigns<br>　　　　　　　　Movant<br>　　vs.<br><br>Sharon L Fahy<br>　　　　　　　　Debtor(s)<br><br>William C. Miller<br>　　　　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 18-15488 MDC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Citizens Bank, N.A., which was filed with the Court on or about **October 26, 2018, docket number 15**.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　By: **/s/ Kevin G. McDonald, Esquire**
　　　　　　　　　　　　　　　　　　　Kevin G. McDonald, Esquire
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　215-627-1322
　　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant

April 30, 2019