**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  : Chapter 13
    Fahy, Sharon L.
        Debtor
                               :     18-15488

## AMENDED CERTIFICATE OF SERVICE

I certify that copies of the **Debtor's Objection to Proof of Claim, proposed Order, Notice of hearing,** were served upon the trustee and the claimant listed below, by mailing such copies by first class, regular U.S. mail, postage prepaid or by electronic means on <u>April 16, 2019</u>.

                                <u>"/s/" Mitchell J. Prince</u>
                                John L. McClain, Esquire
                                Mitchell J. Prince, Esquire
                                Attorneys for debtor

JOHN L. MCCLAIN & ASSOCIATES
ATTORNEYS AT LAW
PO Box 123
Narberth, PA 19072

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701
ATTN: Elizabeth Agolla
(Per Proof of Claim filed)