### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE:**  : Chapter 13
    Fahy, Sharon L.
        **Debtor**  :  18-15488

### ORDER

**AND NOW**, this 28th day of May, 2019, upon consideration of the Debtor's objection, notice and hearing, it is hereby **ORDERED, ADJUDGED AND DECREED**:

   1. The objection is sustained; and

   2. CACH, LLC its successors and assigns as assignee of Citibank (South Dakota), N.A. c/o Resurgent Capital Services claim no. 3 is disallowed and stricken from the Debtor's Claims Register.

Date:

_Magdeline D. C_____
United States Bankruptcy Judge

Copy to:

John L. McClain, Esquire
PO Box 123
Narberth, PA 19072

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

CACH, LLC its successors and assigns as assignee of Citibank (South Dakota), N.A.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587
ATTN: Susan Gaines
(Per Proof of Claim filed)