IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              : Chapter 13
    Fahy, Sharon L.
        Debtor                              :       18-15488

### ORDER

AND NOW, this 29th day of May, 2019, upon consideration of the Debtor's objection, notice and hearing, it is hereby **ORDERED, ADJUDGED AND DECREED**:

1. The objection is sustained; and

2. Capital One, N.A.'s claim no. 6 is disallowed and stricken from the Debtor's Claims Register.

Date:

*Magdeline D. Cre*
United States Bankruptcy Judge

Copy to:

John L. McClain, Esquire
PO Box 123
Narberth, PA 19072

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701
(Per Proof of Claim filed)