United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                            Case No. 18-15488-mdc
Sharon L. Fahy                                                    Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Virginia    Page 1 of 1    Date Rcvd: May 30, 2019
                Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2019.
db            +Sharon L. Fahy,    1840 Berwyn Street,    Philadelphia, PA 19115-3208
14208283       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2019 at the address(es) listed below:
      JOHN L. MCCLAIN    on behalf of Debtor Sharon L. Fahy aaamcclain@aol.com, edpabankcourt@aol.com
      KEVIN G. MCDONALD    on behalf of Creditor    Citizens Bank, N.A. bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                 TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                         : Chapter 13
   Fahy, Sharon L.
      Debtor                 :     18-15488

## ORDER

**AND NOW**, this 29th day of May, 2019, upon consideration of the Debtor's objection, notice and hearing, it is hereby **ORDERED, ADJUDGED AND DECREED**:

1. The objection is sustained; and

2. Capital One, N.A.'s claim no. 6 is disallowed and stricken from the Debtor's Claims Register.

Date:

_Magdeline D. Cre_____
United States Bankruptcy Judge

Copy to:

John L. McClain, Esquire
PO Box 123
Narberth, PA 19072

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701
(Per Proof of Claim filed)