United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Sharon L. Fahy  
       Debtor

Case No. 18-15488-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: Virginia              Page 1 of 1                    Date Rcvd: May 31, 2019
                               Form ID: trc                Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2019.
```
14215536       +Citizens Bank, N.A.,   c/o Cenlar FSB,   425 Phillips Blvd,   Ewing, NJ 08618-1430
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2019 at the address(es) listed below:
```
          JOHN L. MCCLAIN    on behalf of Debtor Sharon L. Fahy aaamcclain@aol.com,   edpabankcourt@aol.com
          KEVIN G. MCDONALD    on behalf of Creditor    Citizens Bank, N.A. bkgroup@kmllawgroup.com
          MARY F. KENNEDY    on behalf of Creditor    Citizens Bank, N.A. f/k/a RBS Citizens, N.A.
           mary@javardianlaw.com,   tami@javardianlaw.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 5
```

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-15488-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Sharon L. Fahy
1840 Berwyn Street
Philadelphia PA 19115

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/31/2019.

Name and Address of Alleged Transferor(s):

Claim No. 7: Citizens Bank, N.A., c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618

Name and Address of Transferee:

Citizens Bank, N.A. f/k/a RBS Citizens, N.A.
10561 Telegraph Road
Glen Allen, VA 23059

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  06/02/19

Tim McGrath
**CLERK OF THE COURT**