**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                         : Chapter 13
Fahy, Sharon L.

                                               : 18-15488

Debtor                                         :

**PRE-CONFIRMATION CERTIFICATION
OF COMPLIANCE WITH POST PETITION OBLIGATIONS IN ACCORDANCE
WITH 11 U.S.C. SECTIONS 1325(A)(8) AND (a)(9)**

I hereby certify as follows in connection with the confirmation hearing scheduled in the above case:

1. The above-named debtor(s) has/have paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. The above-named debtor(s) has/have filed all applicable Federal, State and local tax returns, as required by 11 U.S.C. section 1308.

3. If the scheduled confirmation hearing date is adjourned for any reason, and the information herein changes, an updated Certification will be provided to the standing trustee prior to any subsequent Confirmation hearing date.

*[to be executed by counsel for the Debtor(s) or the Debtors]*

Date: 9/26/18

X _____
Fahy, Sharon L.,