## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
    Fahy, Sharon L.

    Debtor(s) : 18-15488

:

## ORDER TERMINATING WAGE ORDER

**AND NOW,** this 5th day of April 2022, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

**ORDERED**, that the wage order previously entered in this case, directing John A Steer Co. to make monthly payments on behalf the debtor to the chapter 13 trustee, is hereby terminated.

BY THE COURT

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

John A Steer Co.
1227 N 4th St
Philadelphia, PA 19122


John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Fahy, Sharon L.
1840 Berwyn Street
Philadelphia, PA 19115


Kenneth E. West, Trustee
P.O. Box 40119
Philadelphia, PA 19106