United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                     Case No. 18-15488-mdc

Sharon L. Fahy                                                             Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                    User: admin                                   Page 1 of 1

Date Rcvd: Apr 05, 2022                 Form ID: pdf900                         Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sharon L. Fahy, 1840 Berwyn Street, Philadelphia, PA 19115-3208 |
| | + | John A. Steer Co, 1227 N 4th Street, Philadelphia, PA 19122-4403 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2022                      Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JOHN L. MCCLAIN | on behalf of Debtor Sharon L. Fahy aaamcclain@aol.com  edpabankcourt@aol.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor Citizens Bank  N.A. bkgroup@kmllawgroup.com |
| MARY F. KENNEDY | on behalf of Creditor Citizens Bank  N.A. f/k/a RBS Citizens, N.A. mary@javardianlaw.com, coleen@javardianlaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                    : Chapter 13
    Fahy, Sharon L.

    Debtor(s)                         : 18-15488

        :

### ORDER TERMINATING WAGE ORDER

      **AND NOW,** this 5th day of      April      2022, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

      **ORDERED**, that the wage order previously entered in this case, directing John A Steer Co. to make monthly payments on behalf the debtor to the chapter 13 trustee,  is hereby terminated.

BY THE COURT

_Magdeline D. Coleman_
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

John A Steer Co.
1227 N 4th St
Philadelphia, PA 19122


John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Fahy, Sharon L.
1840 Berwyn Street
Philadelphia, PA 19115


Kenneth E. West, Trustee
P.O. Box 40119
Philadelphia, PA 19106