United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 18-15488-mdc

Sharon L. Fahy     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 06, 2022 | Form ID: 138OBJ | Total Noticed: 30 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sharon L. Fahy, 1840 Berwyn Street, Philadelphia, PA 19115-3208 |
| 14215536 | + | Citizens Bank, N.A., c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 14336088 | + | Citizens Bank, N.A. f/k/a RBS Citizens, N.A, c/o Mary F. Kennedy, Esquire, 1310 Industrial Boulevard 1st Floor, Suite 101, Southampton, PA 18966-4030 |
| 14334438 | + | Citizens Bank, N.A. f/k/a RBS Citizens, N.A., 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 14183391 | + | FRANKLIN AMERICAN MORTGAGE COMPANY, 425 PHILLIPS BLVD, EWING NJ 08618-1430 |
| 14183392 | + | John L. McClain and Associates, PO Box 123, Narberth, PA 19072-0123 |
| 14183393 | + | KML Law Group, PC, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14196180 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 14183399 | + | Police And Fire Fcu, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14207822 | + | Police and Fire Federal Credit Union, 3333 Street Road, Bensalem, Pa. 19020-2022 |
| 14183403 | + | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 06 2022 23:51:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 06 2022 23:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 06 2022 23:51:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14198907 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 06 2022 23:53:32 | CACH, LLC its successors and assigns as assignee, of Citibank (South Dakota), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14183388 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 06 2022 23:53:14 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14264095 | | Email/Text: megan.harper@phila.gov | Apr 06 2022 23:51:00 | City of Philadelphia, Law Department Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14192605 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 06 2022 23:53:14 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14208283 | | Email/PDF: bncnotices@becket-lee.com | Apr 06 2022 23:53:32 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14183389 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 06 2022 23:50:00 | Citizens Bank, 1000 Lafayette Blvd, Bridgeport, CT 06604-4725 |
| 14215536 | + | Email/Text: BKelectronicnotices@cenlar.com | Apr 06 2022 23:50:00 | Citizens Bank, N.A., c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |

Case 18-15488-mdc   Doc 69   Filed 04/08/22   Entered 04/09/22 00:27:29   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 06, 2022 | Form ID: 138OBJ | Total Noticed: 30 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14183394 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 06 2022 23:50:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14183395 | + | Email/Text: Bankruptcies@nragroup.com | Apr 06 2022 23:51:00 | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 14199223 | | Email/PDF: cbp@onemainfinancial.com | Apr 06 2022 23:53:01 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14183396 | + | Email/PDF: cbp@onemainfinancial.com | Apr 06 2022 23:53:00 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14183398 | + | Email/Text: bankruptcygroup@peco-energy.com | Apr 06 2022 23:50:00 | PECO, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14243090 | | Email/Text: blegal@phfa.org | Apr 06 2022 23:50:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG,PA 17105 |
| 14342016 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 06 2022 23:53:32 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14183397 | + | Email/Text: blegal@phfa.org | Apr 06 2022 23:50:00 | Pa Housing Finance Age, 2101 N. Front Street, Harrisburg, PA 17110-1086 |
| 14183400 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 06 2022 23:53:02 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14183402 | + | Email/Text: bankruptcy@sw-credit.com | Apr 06 2022 23:50:00 | Southwest Credit Syste, 4120 International Pkwy, Carrollton, TX 75007-1958 |
| 14183403 | + | Email/Text: bncmail@w-legal.com | Apr 06 2022 23:50:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14183390 | | FAHY, JOHN A |
| 14334703 | *+ | Citizens Bank, N.A., f/k/a RBS Citizens, N.A., 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 14183401 | *+ | Sharon L. Fahy, 1840 Berwyn Street, Philadelphia, PA 19115-3208 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 08, 2022         Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOHN L. MCCLAIN | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 06, 2022 | Form ID: 138OBJ | Total Noticed: 30 |

| | |
|---|---|
| | on behalf of Debtor Sharon L. Fahy aaamcclain@aol.com edpabankcourt@aol.com |
| KENNETH E. WEST | |
| | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | |
| | on behalf of Creditor Citizens Bank N.A. bkgroup@kmllawgroup.com |
| MARY F. KENNEDY | |
| | on behalf of Creditor Citizens Bank N.A. f/k/a RBS Citizens, N.A. mary@javardianlaw.com, coleen@javardianlaw.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Sharon L. Fahy
      Debtor(s)

Case No: 18−15488−mdc
Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/6/22